**1145** DRENNAN vs. BOARD OF CANVASSERS (Wyandotte), No. 14883, 106 M., 117. Certiorari to Wayne.

To compel the common council, as a board of canvassers, to re-convene and re-count the votes cast for supervisor of the second ward.

The circuit judge denied the writ. Affirmed July 2, 1895, with costs.

. Relator and one Meggs were candidates for the office. The canvassers met April 4 and adjourned to April 5. On the face of the returns Meggs received a majority of the votes cast. Without canvassing the vote the board adjourned to April 15.

In the meantime Meggs obtained from the Wayne Circuit Court a mandamus requiring the board to meet, canvass the returns and issue a certificate of election to Meggs. On April 15, the board met and complied with the writ. Relator on that day filed his petition for a re-count.

Respondent contended that the petition for a re-count was filed too late; that the statute contemplates that the vote shall be canvassed on the Thursday next succeeding the election, which was held on Monday, April 1; that the adjournment to the 15th was illegal, and upon this ground the circuit judge issued the writ applied for by Meggs.